JUDGE KAPLAN

'08 CIV 7280

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY"
GMBH & CO. CONTAINERSCHIFF KG



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FHH FONDS NR. 29 MS "TAMPA BAY" –
MS "TURTLE BAY" GMBH & CO.
CONTAINERSCHIFF KG,

        Plaintiff,

-against-

SHANDONG YANTAI INTERNATIONAL
MARINE SHIPPING CO., a/k/a SHANDONG
PROVINCE YANTAI INTERNATIONAL
MARINE SHIPPING CO. a/k/a SYMS,

        Defendant.

08 Civ. _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

    I, Michael J. Frevola, attorney for Plaintiff FHH Fonds Nr. 29 MS "Tampa Bay" – MS "Turtle Bay" GmbH & Co. Containerschiff KG ("FHH"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

FHH is a privately owned company, is not publicly traded, and none of its shares are owned by a publicly traded company.

Dated:   New York, New York
         August 15, 2008

                        HOLLAND & KNIGHT LLP

                        By: _____
                            Michael J. Frevola
                            Christopher R. Nolan
                            Lissa D. Schaupp
                            195 Broadway
                            New York, NY 10007-3189
                            Tel:   (212) 513-3200
                            Fax:   (212) 385-9010

                            *Attorney for Plaintiff*
                            *FHH Fonds Nr. 29 MS "Tampa Bay" – MS "Turtle Bay"*
                            *GmbH & Co. Containerschiff KG*

\# 5545597_v1