

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FFH FONDS NR. 29 MS "TAMPA BAY" —
MS "TURTLE BAY" GMBH & CO.
CONTAINERSCHIFF KG,

                        Plaintiff,

-v-

SHANDONG YANTAI INTERNATIONAL
MARINE SHIPPING CO., and SYMS,

                        Defendants.

No. 08 Civ. 7280 (LAK)
EX PARTE ORDER APPOINTING A
SPECIAL PROCESS SERVER

RICHARD J. SULLIVAN, District Judge:

      WHEREAS on August 15, 2008, plaintiff FFH FONDS NR. 29 MS "TAMPA BAY" — MS "TURTLE BAY" GMBH & CO. CONTAINERSCHIFF KG, filed a Verified Complaint herein for damages amounting to $1,309,226.30, inclusive of interest, costs, and attorneys' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

      WHEREAS on August 15, 2008, this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment; and

      WHEREAS Plaintiff has made an application for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure; and

      WHEREAS the Court has reviewed the Affidavit submitted by Michael J. Frevola, Esq., in support of the application; IT IS HEREBY

      ORDERED that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, or any representative of Rapid and Reliable Attorney Service who is at least the age of 18 years and not

a party to this action, are hereby appointed, in addition to the United States Marshal, to serve the Order for Process of Maritime Attachment and Garnishment and Verified Complaint upon any garnishee(s) within this district upon whom a copy of the Order may be served, and who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

    IT IS FURTHER ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide.

SO ORDERED.

Dated:    August 15, 2008
           New York, New York

_____
RICHARD J. SULLIVAN (PART I)
UNITED STATES DISTRICT JUDGE